UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOYCE R. GARLAND-SASH, et al.,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
04-CV- 0301 (NGG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ SEP - 7 2005 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 1, 2005, granting the motion to dismiss by the City of New York and the motion to dismiss by the County of Westchester; dismissing the plaintiff's claims against the City of New York and the Administration of Children's Services with prejudice; dismissing plaintiff's claims against Mayra Marquez and the County of Westchester with prejudice; dismissing plaintiff Subrina J. Garland-Sash claims without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

JUDGMENT
04-CV- 0301 (NGG)

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the motion to dismiss by the City of New York and the motion to dismiss by the County of Weschester are granted; that plaintiff's claims against the City of New York and the Administration of Children's Services are dismissed with prejudice; that plaintiff's claims against Mayra Marquez and the County of Westchester are dismissed with prejudice; that plaintiff Sabrina J. Garland-Sash claims are dismissed without prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       September 02, 2005

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy Clerk
for Operations